**Dismissal and Opinion Filed June 21, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-13-00778-CR

### KEVIN SHARONE MENNIEFEE, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 28736-86**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Kevin Sharone Menniefee was convicted of attempted hindering the apprehension or prosecution of a known felon. *See* TEX. PEN. CODE ANN. §§ 15.01(a), (d), 38.05(a), (d) (West 2011). Pursuant to a plea agreement, punishment was assessed at fourteen months' confinement in a state jail, and was imposed in open court on July 20, 2011. The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2010). Moreover, appellant's June 6, 2013 notice of appeal is

untimely as to the July 20, 2011 sentencing date. *See* TEX. R. APP. P. 26.2(a)(1).

We dismiss the appeal for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130778F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEVIN SHARONE MENNIEFEE,
Appellant

No. 05-13-00778-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 28736-86.
Opinion delivered by Justice Bridges.
Justices Moseley and Lang-Miers
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered June 21, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE